IN RE APPLICATION OF NEMEC.

[Cite as *In re Application of Nemec* (1997), 79 Ohio St.3d 52.]

(No. 97–412—Submitted March 31, 1997—Decided June 18, 1997.)

*John Chapman,* for the Cleveland/Cuyahoga County Bar Association Joint Admissions Committee.

*Mary L. Cibella,* for applicant.

———————

*Per Curiam.* We accept the findings and conclusions of the board, but believe that applicant should demonstrate his freedom from substance abuse for a longer period before being permitted to sit for the bar examination. We therefore order that applicant be permitted to reapply to take the July 1998 bar examination, to coincide with the approximate date of the conclusion of his two-year contract with OLAP.

*Judgment accordingly.*

MOYER, C.J., RESNICK, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS and F.E. SWEENEY, JJ., dissent.

DOUGLAS, J., dissenting. The panel had the opportunity to view the demeanor and sincerity of the applicant and to examine extensively those who were monitoring his progress. The panel was in a better position than we to determine whether and when the applicant should be permitted to sit for the bar examination. I would adopt the recommendation of the board and allow applicant after further evaluation and investigation to apply to sit for the February 1998 bar examination.

F.E. SWEENEY, J., concurs in the foregoing dissenting opinion.